UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES WILLIAMS,<br><br>        Plaintiff,<br><br>v.<br><br>GRUBHUB INC., KATRINA LAKE, MATTHEW MALONEY, BRIAN MCANDREWS, DAVID FISHER, DAVID HABIGER, LINDA JOHNSON RICE, LLOYD FRINK, GIRISH LAKSHMAN, and KEITH RICHMAN,<br>        Defendants. | Case No.1:21-cv-00729-RGA<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: June 28, 2021                          **LONG LAW, LLC**

                                               By  */s/ Brian D. Long*
                                                       Brian D. Long (#4347)
                                                       3828 Kennett Pike, Suite 208
                                                       Wilmington, DE 19807
                                                       Telephone: (302) 729-9100
                                                       Email: BDLong@longlawde.com

                                                       *Attorneys for Plaintiff*